IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARY H. FRANKO,

    Plaintiff,

v.

BE&K CONSTRUCTION COMPANY,

    Defendant.

CIVIL ACTION NO.

00-AR-3339-S

FILED
03 MAR 17 PM 2:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAR 17 2003

## MEMORANDUM OPINION

Before the court is a motion for partial summary judgment by defendant, BE&K Construction Company ("BE&K"). BE&K seeks summary judgment as to the claims of plaintiff, Mary H. Franko ("Franko"), brought under the Age Discrimination in Employment Act ("ADEA").

Franko alleges that she was demoted, given a pay reduction, and denied various job opportunities because of her age, in violation of the ADEA, and because of her sex, in violation of Title VII of the Civil Rights Act of 1964. Under the heading "Administrative Exhaustion," Franko alleges that she filed a charge of discrimination with the EEOC within 180 days of the occurrence of the last discriminatory act. BE&K does not deny this allegation but points out that in her EEOC charge Franko made no charge of age discrimination. Franko checked the "retaliation" and "sex" box in her EEOC charge, and in the



"particulars" section Franko's allegations were limited to sex discrimination under Title VII. She stated to the EEOC: "I believe that I have been discriminated against because of my sex, female and in retaliation for opposing practices made unlawful under Title VII . . ." Franko's EEOC complaint makes no mention whatsoever of discrimination based on age. A reasonable investigation based on the EEOC charge would not encompass an age discrimination claim. *See Chanda v. Engelhard/ICC,* 234 F.3d 1219, 1225 (11th Cir. 2000). Franko does not even attempt to respond to BE&K's motion.

For the reasons stated, BE&K's motion for partial summary judgment will be granted by separate order.

DONE this 17th day of March, 2003.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

2